# Order

Michigan Supreme Court
Lansing, Michigan

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138954

LATIF Z. ORAM a/k/a RANDY Z. ORAM and
O.B. PROPERTIES LIMITED PARTNERSHIP,
      Plaintiffs/Counter-Defendants-
      Appellees,

and

O.B. PROPERTIES and JAM SOUND
SPECIALISTS, INC.,
      Plaintiffs/Counter-Defendants/
      Third-Party Plaintiffs-Appellees,

v

      SC: 138954
      COA: 280505
      Oakland CC: 02-039499-CK

JOHN ORAM and GARY ORAM,
      Defendants/Counter-Plaintiffs/
      Third-Party Plaintiffs-Appellees,

and

INTERNATIONAL OUTDOOR, INC., VISION
PROPERTIES, INC., DISCOUNT PAGING CO.,
INC., and FUTURE VISION PROPERTIES,
L.L.C.,
      Third-Party Defendants,

and

HARRY CENDROWSKI,
      Intervening-Plaintiff-Appellee,

and

THAV, GROSS, STEINWAY & BENNETT, P.C.,
and ARMAND VELARDO,
      Intervening-Plaintiffs,

and

ABBOTT NICHOLSON, P.C.,
            Intervening-Plaintiff-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

Clerk

s0831